IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

| | |
|---|---|
| WEIRTON AREA WATER BOARD and CITY OF WEIRTON, | ) ) ) |
| Plaintiffs, | ) ) |
| | ) CIVIL ACTION NO. 5:20-CV-102 |
| v. | ) ) |
| 3M COMPANY, E.I. DUPONT DE NEMOURS & COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, CORTEVA, INC., DUPONT DE NEMOURS, INC., AGC CHEMICALS AMERICAS INC., ARCHROMA U.S., INC., ARKEMA, INC., BASF CORPORATION, CHEMDESIGN PRODUCTS, INC., CHEMGUARD INC., CHEMICALS, INC., CLARIANT CORPORATION, DAIKIN AMERICA INC., DEEPWATER CHEMICALS, INC., DYNAX CORPORATION, DYNEON, INC., SOLVAY SPECIALTY POLYMERS USA, LLC, SOLVAY USA, INC., THE ELE CORPORATION, ARCELORMITTAL WEIRTON LLC, and NEO INDUSTRIES (WEIRTON), INC., | ) ) Judge John Preston Bailey ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I, Andrew B. Cook, counsel for Defendant, 3M Company, hereby certify that on the 20th day of November, 2020, I served the foregoing "**DEFENDANT 3M COMPANY'S RULE 26(a)(1) INITIAL DISCLOSURES**" on all counsel of record via electronic mail.

/s/ Andrew B. Cooke
ANDREW B. COOKE (WV Bar No. 6564)