UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| WEIRTON AREA WATER BOARD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, et al.,<br><br>Defendants. | Civil Action No. 5:20-cv-00102-JPB<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that on January 8, 2021, I caused a true and correct copy of ***Deepwater Chemicals, Inc.'s*** Objections and Responses to Plaintiffs' First Set of Interrogatories and Document Requests Pertaining to Jurisdiction to be served via e-mail on all counsel of record, as well as by mail on the following counsel for Plaintiffs:

Mark A. Colantonio, Esq.
Clayton Fitzsimmons, Esq.
Fitzsimmons Law Firm PLLC
1609 Warwood Ave.
Wheeling, WV 26003
T: (304) 277-1705
clayton@fitzsimmonsfirm.com
mark@fitzsimmonsfirm.com

Lilia Factor, Esq.
Paul Napoli, Esq.
Andrew Croner, Esq.
Napoli Shkonik, PLLC
360 Lexington Ave., 11th Floor
New York, NY 10017
pnapoli@nsprlaw.com
lfactor@napolilaw.com
acroner@napolilaw.com

2

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Kurt D. Weaver
Kurt D. Weaver (WV Bar No. 11203)
555 Fayetteville Street, Suite 1100
Raleigh, NC  27601
Telephone:  (919) 755-8163
Facsimile:  (919) 755-6770
Email:  Kurt.Weaver@wbd-us.com


Edward M. (Ned) George, III, Esq.
PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV  26003
Office:  304-232-6810
Direct Dial:  304-231-1605
Email:  NedGeorge@pgka.com

*Attorneys for Deepwater Chemicals, Inc.*